**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

(Plaintiff is Request a Jury trial)

Name and address of Plaintiff:

Thomas R. Galloway Jr Prose
3000 South Grande BLVD.
Greensburg, Pa. 15601

2:20-cv-611

v.

Full name, title, and business address
of each defendant in this action:

1   Walton et al.

New Kensington Police department
PTLM. Michael A. McSherry

2. _____

_____

_____

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.   Where are you now confined? *West moreland county Prison*

What sentence are you serving? *none*

What court imposed the sentence? *none*

II.   Previous Lawsuits

A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county) and docket number

_____

3.  Name of judge to whom case was assigned _____

4.  Disposition (For example:  Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

_____

5.  Approximate date of filing lawsuit _____

6.  Approximate date of disposition _____

B.  Prior disciplinary proceedings which deal with the same facts
   involved in this action:

   Where?_____

   When?_____

   Result:_____

   _____

   _____

III.    What federal law do you claim was violated? _in humain treatment, disreguard For human lif_
_profiling because of skin color, official oppression, abuse of power_
_Kidnapping, Fraud, Due process violation, extortion, Risking a Catastrophe_
_Right to practice Regilion._
_illegal detainment._

IV.    Statement of Claim

   (State here as briefly as possible the facts of your case.  Do not give any legal arguments or cite
   any cases or statutes.  If you intend to allege a number of related claims, number and set forth
   each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheet if
   necessary.)

A.  Date of event: _Jan 29 2020. started is continue until Released_

B.  Place of event: _Westmoreland County and westmoreland county prison._

C.  Persons involved—name each person and tell what that person did
   to you: _see attachment to C_____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

_____
_____
_____
_____

V.   Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

_Yes westmoreland count._
_____

and answer the following questions:

A.   Is there a prisoner grievance procedure in this institution?
Yes ( )  No (✓)

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (✓)

C.   If your answer is YES,

1.   What steps did you take? _____
_____

2.   What was the result? _____
_____

D.   If your answer is NO, explain why not: _____
_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (✓)  No ( )

F.   If your answer is YES,

1.   What steps did you take? _Sent Request slips to warden and staff no one returned any._

2.   What was the result? _Everyone sends Plaintiff to someone else. No one takes responsibility._

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

_Each issue 1 to 5 has relief inside of it see attachment C Pain and suffering and denial of Religion practice $5million total $20 million_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

5/8/20
(Date)

(Signature of Plaintiff)

Attachment to _

1. Jan 29. 2020 PTLM. Michael A mcsherry start a Profiling the of situation illegally of plaintiff. PTLM. mcsherry Michael use the New kensington police officers as a gang operating out side the professional capacity of law inforcement.

PTLm. mcsherry violated Plaintiffs constitutional rights of Life, Liberty and the pursuite of happiness. When PTLm. mcsherry, made a fraudnlent call to other officers and request that officers conduct servaillence on the car plaintiff was deiving.

this illegal servaillence went on for 6 blocks. this pursuite of plaintiff was illegal. Since plaintiff never committed any crime. Plaintiff went threw one traffic light, 5 turns, 2 stop signs while fallowing all traffic laws. Plaintiff has a valid drivers license and the car was completely legal. this stocking with ill intentions is highly illegal with out any probable cause.

No crime was in progress or nor was plaintiff a suspect in a investigation. No drug activity was seen nor was plaintiff a know drug dealer. this violation of plaintiffs rights to protection by law inforcement. this violation of life, liberty and the pursuite of happiness, is official oppressio abuse of power, illegal use of the city of New kensington and the police department of New kensington resources and man power.

these illegal action of PTLm. mcsherry cause plaintiff emotiona stress, lose of employment, as well PTLm. mcsherry has terrorise plaintiff putting him in fear of police officers and has made plaintif afraid to drive at night. PTLm. mcsherry has cause unrepairable mental and emotional harm that needs to be made whole, from westmoreland county, Newken police and PTLm. mcsherry

2. PTLM. McSherry also cause unrepairable mental and emotional damage to plaintiff by falsifing the affidavit of probable cause with fraud in the facts, when PTLM. McSherry claimed plaintiff was selling drugs with out information to support plaintiff committed a crime. Once again this direct violation of plaintiff right to be free from abuse of power and official oppression. Because of the action of PTLM McSherry the New Kensington and Westmoreland County has failed the community. the only way to make plaintiff whole is $1m to cure emotional distress and mental anguish, anxiety and depression. (Jan 29 2020)

3. Because of the direct constitutional violation of plaintiff's rights. Plaintiff was humiliated with strip searches by Westmoreland county officers. this degrading treatment is inhumain and cause anxiety. with out the illegal activity of PTLM. McSherry plaintiff would not have been violated and humiliated. this unrepairable damage to plaitiff can only be cured with $1m Jan 30/may 8 (2020)

4. John R Walton warden/westmoreland county/westmorteland county prison violates platif plaintiff's rights being a non-violent offender with policies that Westmoreland county prison CO's strip prisoners on cell searches. this is inhumain treatment of a non-violent prisoner that is innocent until proven guilty. Plaintiff has been strip search over 10 times in three months. Plaintiff doesn't even have a history of jail house crimes or contraban. the mental and emotional terror and anxiety is a everyday fear. When co's just search on every shif and without cause. this violation of human right can only be cured by only strip searching violent and convicted criminals, as well paying plaintiff $100,000.00 for pain and suffering. the strip searches started Feb, 3, 2020 plus once a month the block is search everyone is stripped 5/6 search a

5. westmoreland County Courts and DAs office Violated Plaintiff constitutional Rights to Due process of law. By suspending Rule 600 with out informing Plaintiff march. 17, 2020 plaintiff was sent into a horric mental anxiety and suffering During a Pandemic. For a non-violent crime with Fundimental Flaws. Plaintiff was left to suffer. no one in the prison came to talk or give hope to plaintiff. Plaintiff was told by CO's of westmoreland that if COVID 19 got in the prison, all prisoners would be left for Dead. Because the co's would not come back in. Fear and Panic swept the POD. I was in terror. In Fear of my very life. the courts and DA's office were only concerned with their own safty. they knowingly, willing caused a panic for prisoners, this conduct was unprofessional and oppressive behavior. Plaintiff can not be made whole for this careless acts of disreguard for plaintiff life or well being. the only cure is to pay $1M for pain and suffering and in humain treatment of plaintiff.

6 march, 27, 2020 the courts in westmoreland shut down. this violates Plaintiff Right to due Process. For a non-violent crime plaintiff was left to get sick or even Die. no bond Reduction or plea was even offered to try to get plaintiff to a safe situation. the court and DA's office mishandled the case lode. to protect their own well being. the lawyer that the court provided was furloughed with any one contacting Plaintiff, Plaintiff found out from Pittsburgh channel 11 News. With out any remorse the courts want Plaintiff to wait for the Pandem. to blow over. with no reguard to the life or health of plaintiff. the only way plaintiff can be made whole is $1m for the blatant disreguard for the health of Plaintiff. Plaintiff felt as if he was trapped deep with in the earth in a coal mine and was left for Dead. this was a horrific ordeal.

7. John R. Walton, warden and Westmoreland county person violate Plaintiff's Right with no regaurd to life or health when John R. Walton did show up for almost 30 days during the Pandemic. no one could answer any questions. No one knew when John R. Walton warden would return. John R. Walton warden Feared for his own life but was Unconceerned with Plaintiff's well being. Even though plaintiff was a non violent offender.

During this time Feb 21 til april 13. there was a sick Co a Co harden on A pod put fear in Plaintiff Plaintiff this Co was showing all signs of COVID-19. Plus Co harden under lining health issue. Sent a panic threw the POD A.

8 During this time Jan 28 to April 24 no Co wore a mask. Co's walk all threw the prison with out regaurd of Plaintiff saffty. Inmate still came in from the streets. all Co's ate in the same area. No one took this pandemic seriously. the staff had no conceern for what was going on out side of this prison. no Co was tested for COVID-19. George lowther D. security was Responsable for this mishandle of protecting the prisoners (Plaintiff). as well as Eric scwartz, D warden of treatment. Westmoreland county and its staff mishandle this Pandemic as if people were not dieing. Pain and suffering to make Plaintiff whole $ 1 m

9. LT. Paleski and LT. Bill during this pandemic April. 22, 2020 with out Regaurd of the lives and health of plaintiff brought in le people from the outside in street clothes and with out any protective mask on a tour of the prison. this conduct is not only unprofession, it is hoff horriffic that the plaintiff was placed in harms way with out any regaurd that a pandemic was going on. this action place plaintiff in terror. This was a blaten disregaurd for plaintiffs life or health. the is only one way to cure or make plaintiff whole again. $ 1 m

10. Westmoreland County Prison, John R. Walton, Warden, George Lowther, D. Security Warden, Eric Sewartz, D. Warden of treatment. Violate Prisoner Right to grieve any situation. Plaintiff coul not get a grievence with the threat of harm. there are no grievence boxes nor are grievence on the desk for Prison to pick up to complain about abuse of staff. there is no legal grievence system. there needs to be a proper grievenc process in place here at Westmoreland County Prison. Plainti can not be intimidated when asking for a grievence. there mus be a outside natral person to hear and address grievences. the only way to cure this issue is a Real grievence syste in place to protect prisoners.

11. John R. Walton, Warden and the Westmoreland County Prison, Continue to violate the Plaintiff Right to get gifts from family or Friends. this theft by disception, money being takin for court cost and fines. there is not a law that says or court order that give this prison permission to take money from my family and friends as gifts to put toward court cost, Room and board or fines this is illegal. Money not worked for in prison can not be used for payment with out the sender authoration. under Federal law a gift can not be taxed. Westmoreland prison is confiscating money that can only go to the person it was sent to. Westmoreland county prison does not have Jurisdiction nor the consent from the sender to confiscate money from prison accounts. a gift can not be confiscated to pay fines, court cost, Room and board or any other cost without the senders consent. this can only be cured by making a whole by returning all money stolen by Westmoreland county prison. this theft can only be cured by returning all money taken from all prisoners.

12. Plaintiff was never Miyer plaintiff is a False arrest with Fraud in the Facts created solely by ptlm mcsherry there For westmoreland county, New Kensington Police, westmoreland courts. All are involed with the Kidnapping of plaintiff. This abduction was against the will of plaintiff. The only way to make plaintiff whole again is payment of $2 million and the Payment of court Filing Fees, and the Payment of all taxes For total amount paid Out to plaintiff, and any court cost.

13. Westmoreland county prison, John R. Walton warden allow the white collar crime by allowing commissary provider to pillage and prey on plaintiff with mark up over priced items From the commissary. Box items like Peanut Butter Wafer, Oatmeal cream cake swiss rolls, Dunking stick to be sold as single serving items. This extortion is only taken advantage of the plaintiff. If I can't afford bond, I have only a choice of eating cold food, that comes on dirty trays or buy over priced commissary items. westmoreland county prison preys on prisoner. How can the commissary food be higher than street food when I have no income only gifts From my family and friends. This fleecing predatory. a 15¢ soup cost #10 a Jar of 70¢ peanut Butter cost $3.87, (4 oz.) maxwell house bag of coffee cost $5.12 and the bag is half Filled. This privateering must stop. I am not convicted and I'm here For a non-violent crime. plus westmoreland county prison is pilferer my account for money I don't have. I don't have a income. money sent in as a gift is illegal taken. I am being prey on under the color of law. also everytime I get money money is taken from my account For money I don't owe. Plaintiff has to write the account person and keep telling them to put my money back. this is official oppression. Plaintiff never gave permission to take gift From my family. So this money is being taken From Plaintiff with out my consent or the consent of the person send the money. this is sneak thiefing and must come to a end. Plaintiff is Requesting this court to have westmoreland county prison to return all money stolen From plaintiff and court order westmoreland county to no longer take gift From family and friends of prisoners and to lower commissary prices (cut prices in half) or Pay plaintiff $50,000 For pain and suffering.

14. westmoreland county prison, John R Walton warden, directly violated Plaintiff's constitutional right to practice Plaintiff Regilion. when Plaintiff was told "you are not get meals that are coshier". westmoreland county prison and the staff refuse holiday meals, daily meal and services to practice the Jewish Religion. Plaintiff sent request slip all went unde answered. the chaplin was told by kitchen staff and the warden that I would not recieve special trays or be able to have religist calenders nor be sent any special meals from the Jewish community. No holidays would be able to be abserve because no meals would be provide. this behavor of the westmoreland county staff under the order orders of the warden refuse me the 1st amendment right to practice my Jewish Rite. this oppression my be stopped. the only cure for making Plaintiff whole again is $3 million and Jewish people observe as a real Religion and give the same opperbunity as anyone else in the westmoreland county prison. as well as a Rabbi on the premmises at all times; coshier diet put into the daily program and all Religions holidays and calenders availdab to prisoners.

## All property to be seized

1. Michael A. mcsherry · Houses all vehicles, Bank accounts any other property or business in mcsherry's name. as of 5/4/20 until the out come of this civil suite.

2. Plaintiff would like a Federal injuction file to stop all money from being taken from all prisoners accounts untill the out come of this civil suite, including for medical. lastly each commissary item price cut 60% do to pandemic until the outcome of this civil suite.

, 5 Pennsylvania Board of Probation and Parole on Feb. 2020 lodge a detainer on Plaintiff this detainer should of been lifted Feb. 23, 2020 when Parole was ended due to maxdate. every day after Feb. 23, 2020 the Pennsylvan Board of Probation and Parole has violated Plaintiff Right of Life, Liberty. the only way to make Plaintiff whole again is a payment of $1,500 For each day Plaintiff was detained illegal. also 1,500 For pain and suffering. total of $3,000 per day. Start Feb 24 2020 until detainer was dropped which is on going as of 5/6/20. which would be $190,000.00 plus any additional day the detain was still holding plaintiff.